UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

BOBBY L. HUGHLEY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2022

98-cr-695 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court received the enclosed letter from Mr. Hughley, which I have redacted to protect sensitive personal information about Mr. Hughley. The Court will maintain the unredacted version of the letter under seal. I am docketing this letter because the Court cannot engage in *ex parte* communications with parties. All communications with the Court must be on the public record. Mr. Hughley is reminded that, going forward, any communications with the Court will be filed on the public docket via ECF.

      In his letter, Mr. Hughley asks Chief Judge Swain to involve herself in Mr. Hughley's request for appointment of counsel. Before Judge Keenan retired, he denied without prejudice Mr. Hughley's request for appointment of counsel to help Mr. Hughley argue that he had previously received ineffective assistance of counsel [ECF No. 45]. Judge Keenan ruled that Mr. Hughley could renew his request if he included information about (1) the factual basis for his ineffective assistance claim and (2) Mr. Hughley's financial eligibility. I then issued an Order directing Mr. Hughley to renew his request for counsel, or file a *pro se* motion arguing ineffective assistance, by December 1, 2022 [ECF No. 48].

      Although Mr. Hughley wrote to Chief Judge Swain, Mr. Hughley's criminal case is assigned to me. I will preside over the case fairly and impartially. To the extent that Mr. Hughley

is requesting counsel in order to challenge his criminal conviction, Mr. Hughley may file a motion in this case as described in my previous order.

However, based on his letter to Chief Judge Swain, it seems that Mr. Hughley is seeking counsel to pursue civil claims. In particular, Mr. Hughley requests payment from the Department of Labor. He requests a law firm familiar with workers compensation law.

The case before me is Mr. Hughley's criminal case. I cannot appoint counsel to help Mr. Hughley file employment claims. I have no authority to order any relief from the Department of Labor, which is not a party to this case. If Mr. Hughley wishes to pursue civil claims, he must file a separate lawsuit and file his request for counsel in that case.

IT IS HEREBY ORDERED that if Mr. Hughley wishes to file a motion in connection with his criminal case, he must file such motion by February 24, 2023.

The Court is mailing a copy of this Order to Mr. Hughley. The Court urges Mr. Hughley to accept electronic notice of court filings.

**SO ORDERED.**

Date:  December 20, 2022            **MARY KAY VYSKOCIL**
       New York, NY                 **United States District Judge**

December 5, 2022

Bobby L. Hughley

363 Erie Court

Kissimmee, Florida 34759

Tel: 407-994-9783

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/14/22

*Mary Kay Vyskocil*

98-Cr 695 JK

500 Pearl St

New York 10007

Chief Justice Swain

My name is Bobby L. Hughley Iam legally blind disable veteran and suffer from PTSD from my military service, ███████████████████████████ ███████

Chief justice Swain Iam reaching out to you for help in this matter I was convicted of work compensation fraud in 1998 CR 695JK while on workers compensation see attach unemployment decision, I was working one day the supervisor of injury control told the supervisor on floor to take my orthopedic chair with five discs in my back injury cause by in a postal vehicle accident where another vehicle struck me from behind.

Chief justice Swain this postal inspector and the Us attorney went to the department of labor and took documents out of my file read the postal inspector trial transcript he has did this to other injury employees as well chief justice Swain subpoena all the name of injury employees that he has investigated, and you call them to the court and question them in relationship with their injury case what happen in their cases.

Chief justice Swain I lost my home went I went to prison and my trucks and evething that I had I lost it my family struggle my absent affect my kids I am requesting that you take over all these cases including my fellow employee, we all deserve better I also requesting that I be paid retroactive from 1986 with all pay and cola increase, and the money that the department of labor paid me can be deducted from my back pay with cola and all the rising for each of us who fell victim to this employment recission.

I have no trust in judge Mary Kay Vyskocil the tone and the way she started her letter was unacceptable therefore Iam asking you as chief justice to get involve.

Chief justice Swain I and others in this matter we think you kindly send copy to Mary Kay Vyskocil.

Chief Justice Swain Iam requesting a law firm who understand workers compensation law.

Sincerely

*Bobby L. Hughley*
Bobby Lee Hughley

98-Cr 695 JK

