UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,  No. 98-CR-00695-MKV

    -against-

BOBBY L. HUGHLEY,
                      Defendant.
-------------------------------------------------------x

## ORDER

The Court has received and reviewed Plaintiff's letter (the "Letter"), dated December 5, 2022, and addressed to the undersigned, requesting intervention by the undersigned in the above-captioned case, which is assigned to Judge Mary Kay Vyskocil. (See docket entry no. 50.) To the extent Plaintiff is requesting that the undersigned intervene in the above-captioned case, the request is denied. The Chief Judge does not have authority to take such action in cases assigned to other members of the Court. Further, the Court notes from the Letter that Plaintiff appears to seek counsel to pursue civil claims. As explained in Judge Vyskocil's order in response to the Letter, "[i]f Mr. Hughley wishes to pursue civil claims, he must file a separate lawsuit and file his request for counsel in that case." (Docket entry no. 50 at 2.)

SO ORDERED.

Dated: New York, New York
       January 5, 2022

                                              /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge

Copy Mailed To:
Bobby L. Hughley
363 Erie Court
Kissimmee, Florida 34759