```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

BOBBY L. HUGHLEY,

                Defendant.

98-cr-695 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of another *pro se* letter from Mr. Hughley dated October 9, 2023. [*See* ECF No. 55.] Mr. Hughley asks that Judge Keenan come "out of retirement" to "deal with [a] fraudulent complaint that [a] postal inspector files [sic] against" him and seeks the appointment of counsel that is "well verse [sic] in Federal Employee Compensation Law." [ECF No. 55.]

    It appears that Mr. Hughley is seeking counsel for purposes of his defense in a civil action. However, as already explained in an Order dated December 20, 2022, the case before me is Mr. Hughley's criminal case. I cannot appoint counsel to help Mr. Hughley in an employment dispute. If Mr. Hughley wishes to pursue civil claims, he must file a separate lawsuit and file his request for counsel in that case.

    The Court previously granted Mr. Hughley until June 12, 2023 to file a motion in connection with his criminal case. No such motion was filed.

    The Clerk of Court is respectfully requested to mail a copy of this Order to Mr. Hughley.

**SO ORDERED.**

Date: October 20, 2023
       New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**